■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OWEN TILLERY, Appellant. [638 NYS2d 340] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Gerges, J.), imposed October 17, 1994.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid *(see, People v Rolon, 220 AD2d 543).* The defendant's contention that the sentence was excessive is without merit *(see, People v Kazepis, 101 AD2d 816).* Mangano, P. J., Bracken, O'Brien, Pizzuto and Goldstein, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN TOSCANO, Appellant. [638 NYS2d 339] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered August 4, 1994, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606).* Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.